THE NATIONAL HARROW COMPANY, Appellant, *v.* E. BEMENT & SONS, Respondent.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 505.)

---

In the Matter of the Petition of GEORGE E. CHASE, Respondent, to Cancel Liquor Tax Certificate No. 18,745, Granted to THOMAS A. PEREW, Appellant.

*Matter of Chase,* 50 App. Div. 622, affirmed.
(Argued October 3, 1900; decided October 26, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 2, 1900, affirming an order of Special Term revoking, canceling and directing the surrrender of a liquor tax certificate granted to Thomas A. Perew.

*William S. Jackson* for appellant.

*W. B. Simson* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.